UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARLOS ALMEIDA,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>CLARK E. DUCART, Warden; R. BELL, Assistant Warden; D. GONGORA; J. BEESON, Special Agent; R. BURT, Special Agent; B. NEAL, Counselor,<br><br>        Defendants-Appellees. | No.   17-16302<br><br>D.C. No. 3:16-cv-02689-JD<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:  GRABER and BYBEE, Circuit Judges, and ARTERTON,* District Judge.

The mandate issued on May 16, 2019 is recalled, and the panel issues the following changes to the memorandum disposition filed April 24, 2019:

> Page 1, lines 1–2, replacing "pro se federal habeas petition" with "Section 1983 complaint"
> Page 2, line 3, replacing "petition" with "complaint"

No further motions will be entertained in this case, and the mandate will be reissued forthwith.  The petition for panel rehearing, filed June 6, 2019, is DENIED.

---

\*    The Honorable Janet Bond Arterton, United States District Judge for the District of Connecticut, sitting by designation.